# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2025

### NO. 03-24-00464-CV

**CTCHGC, LLC d/b/a Central Texas Gun Works; Centex Guns; CTGW; and Michael D. Cargill, Appellants**

**v.**

**Prosperity Bank, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the final judgment signed by the trial court on June 17, 2024. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.